IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES C. BULLOCK, JR.                                            Plaintiff

v.                              4:10CV01845 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                           Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 3rd day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE